ACCEPTED
14-14-01006-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 9:35:49 AM
CHRISTOPHER PRINE
CLERK

12/18/2014 9:35:49 AM
Chris Daniel - District Clerk Harris County
Envelope No. 3528645
By: Phylicia Washington
Filed: 12/18/2014 9:35:49 AM

CAUSE NO. 2014-17076

| | | |
|---|---|---|
| KARA NGUYEN | § | IN THE DISTRICT COURT OF |
| | § | FILED IN<br>14th COURT OF APPEALS<br>HOUSTON, TEXAS<br>12/29/2014 4:28:05 PM<br>CHRISTOPHER A. PRINE<br>Clerk |
| Plaintiff, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ZIAD AMR, M.D.; ANNA BELCHEVA, | § | |
| M.D.; JORGE LEIVA, M.D.; ANDRE | § | |
| ARASH LIGHVANI, M.D.; AND THE | § | |
| METHODIST HOSPITAL | § | |
| | § | |
| Defendants. | § | 234TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Pursuant to Texas Rule of Appellate Procedure 25.1, Defendant Houston Methodist Hospital f/k/a The Methodist Hospital hereby files this notice of appeal and gives notice of its intent to appeal. Defendant desires to appeal the district court's Order signed December 15, 2014, together with all written orders, rulings, and rulings by operation of law. This is an accelerated appeal; it is not a parental termination or child protection case. This accelerated appeal is taken from the 234th Judicial District Court of Harris County, Texas, the Honorable Wesley R. Ward presiding, and taken to the First or Fourteenth Court of Appeals in Houston, Texas.

As required by the Local Rules for the First and Fourteenth Court of Appeals in Houston, Texas, I certify that no related case on appeal or original proceeding has been previously filed in either the First and Fourteenth Court of Appeals.

Respectfully submitted,

**SCOTT PATTON PC**


By: */s/Dwight W. Scott*
**DWIGHT W. SCOTT, JR.**
Texas Bar No. 24027968
dscott@scottpattonlaw.com
**CAROLYN CAPOCCIA SMITH**
Texas Bar No. 24037511
csmith@scottpattonlaw.com
3939 Washington Avenue, Suite 203
Houston, Texas 77007
Telephone: (281) 377-3266
Facsimile: (281) 377-3267

**ATTORNEYS FOR DEFENDANT,
HOUSTON METHODIST HOSPITAL
F/K/A THE METHODIST HOSPITAL**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via the court's electronic filing system, on this the 18th day of December 2014.

Gregory Q. Fibich
FIBICH HAMPTON
1150 Bissonnet Street
Houston, Texas 77005
*Attorney for Plaintiff*

Frank N. Luccia
Joseph I. Balat
LUCCIA & EVANS, LLP
8 Greenway Plaza, Suite 1450
Houston, Texas 77046
*Attorneys for Defendant Anna Belcheva, MD*

Joel Randal Sprott
Diana M. Cavazos
SPROTT RIGBY NEWSOM LUNCEFORD
2211 Norfolk, Suite 1150
Houston, Texas 77098
*Attorneys for Defendant Andre Lighvani, MD*

John P. Scott
SHEPHERD, SCOTT, CLAWATER & HOUSTON, LLP
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
*Attorneys for Defendants Ziad Amr, MD and Jorge Leiva, MD*

/s/ Dwight Scott
DWIGHT W. SCOTT, JR.